EMMA GOLDBERG AND HENRY GOLDBERG, PLAINTIFFS-APPELLANTS, v. PARAMOUNT FOOD STORES, DEFENDANT-PETITIONER.

*Messrs. Harkavy & Lieb* for the petitioner.

March 25, 1963.  Denied.

JESSE WHITEHEAD, PETITIONER-RESPONDENT, v. BENNETT HEAT TREATING CO., INC., RESPONDENT-PETITIONER.

*Mr. Isidor Kalisch* for the petitioner.

*Mr. Sam Freeman* and *Mr. Samuel E. Bass* for the repondent.

March 25, 1963.  Denied.